# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT GROSS, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL NO. 10-328-P-H |
| | ) |
| JOHN GRIFFIN, ET AL., | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER ON MOTION TO DISMISS

Now that the plaintiff has filed his First Amended Complaint as a matter of right under Rule 15(a), and in accordance with the understanding reached at the Conference with Magistrate Judge Kravchuk on November 19, 2010, see Report of Telephone Conference of Counsel and Order (Docket Item 13), the motion to dismiss of the defendant Astrue (Docket Item 5) is **GRANTED** and he is dismissed with prejudice.

**SO ORDERED.**

**DATED THIS 3RD DAY OF DECEMBER, 2010**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**